IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01069-MSK-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

THOMAS L. KERR;
JOANN V. KERR;
RONNIE KERR;
MAHOGANY RIDGE, LP;
CITY OF BLACK HAWK, COLORADO;
AMERISTAR CASINO BLACK HAWK, INC.;
WINDSOR WOODMONT, LLC,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff United States' Unopposed Motion for Leave to Attend Scheduling Conference Telephonically** [Docket No. 28; Filed August 31, 2009] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  On the date and time of the Scheduling Conference, Plaintiff's counsel shall contact Chambers at **(303) 335-2770** to participate.

Dated:  August 31, 2009